UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CRAIG WEST,

      Plaintiff,

v.

ROSLYN JINDALL, JHONG CHOI,
JANET CAMPBELL, EMMY CHOGE,
HENRY FENRICK, and
JESAKA DAVITT-WEBSTER,

      Defendants.
_____/

Case No: 21-10225

Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

## ORDER SETTING DEADLINE FOR ADDITIONAL DISPOSITIVE MOTION FROM DEFENDANT ROSLYN JINDALL AND SETTING DATES FOR TRIAL

Plaintiff Anthony Craig West initiated this prisoner civil rights case on January 27, 2021. On February 9, 2024, Defendant Roslyn Jindall moved the Court for leave to file a second dispositive motion based upon evidence newly discovered by substitute counsel. (ECF No. 131.) The motion was referred to, and granted by, the Magistrate Judge, but she provided no deadline by which the motion needed to be filed. (ECF No. 132.)

Given the age of this case, it is in the best interest of the parties and the Court to move towards a resolution of this litigation as quickly as possible.

1

Accordingly, **IT IS HEREBY ORDERED** that Defendant Rosyln Jindall may, if she chooses, file a second dispositive motion **no later than April 26, 2024**.

Plaintiff may file a response to the motion if one is filed, by **May 31, 2024**.

The **Joint Final Pre-Trial Order** shall be submitted no later than **July 17, 2024**. The **Final Pre-Trial Conference** is scheduled for **July 24, 2024, at 11:00 a.m.** Trial will begin with Voir Dire on **August 1, 2024, at 9:00 a.m.**

The Court will attempt to obtain *pro bono* counsel to represent Plaintiff at trial.

**SO ORDERED**.

                                         s/ Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: April 10, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2024, by electronic and/or ordinary mail.

                                         s/Holly Ryan
                                         Case Manager