UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Anthony Craig West,

                            Plaintiff(s),

v.                                                    Case No. 2:21–cv–10225–NGE–PTM
                                                      Hon. Nancy G. Edmunds
Unknown Afican American
Health Care Nurse, et al.,

                            Defendant(s),
_____


## NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

   • SETTLEMENT CONFERENCE:  September 3, 2024 at 10:00 AM

   **ADDITIONAL INFORMATION:**   Parties with settlement authority must attend settlement proceedings


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/Marlena A Williams_____
                                           Case Manager


Dated:  August 27, 2024