# *EXHIBIT 1*

**Anthony Craig West**
**05/26/2022**

1          UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF MICHIGAN

3

4    ANTHONY CRAIG WEST (#745796),

5              Plaintiff,

6      -vs-                    Case No. 2:21-cv-10225

7                              Hon. Nancy G. Edmunds

8                              Mag. Judge Jonathan JC Grey

9    EMILY CHOGE; HENRY FENRICK;

10   ROSILYN JINDAL, JESAKA

11   DAVITT-WEBSTER, JONG CHOI

12   and JANET CAMPBELL,

13             Defendants.

14   _____/

15   PAGE 1 TO 83

16

17      The deposition of ANTHONY CRAIG WEST,

18      Taken Via Hanson Remote

19      Commencing at 10:00 a.m.,

20      Thursday, May 26, 2022

21      Before Wendy A. Boer CSR 3505.

22

23    Court reporter, attorneys & witness appearing remotely.

24

25

.



Page 18

1  pain as of yet. And I asked her could she please get my
2  prescription filled so I can get something for pain
3  immediately because I couldn't wait. And I asked her
4  for some gauze for my mouth. And she went back and she
5  came back with a bag of ice and that was it.
6  Q. Okay. And do you recall how long you were in the intake
7     cell for?
8  A. I think I was in there somewhere around 20 minutes
9     before we went -- before she brought me out to the
10    intake to evaluate me, actually somewhere around
11    20 minutes.
12 Q. Okay. And who brought you out of the intake cell to
13    evaluate you?
14 A. Nurse Choge did.
15 Q. And where did she take you to evaluate you?
16 A. She took me to the main health care room in the hallway.
17    She got my blood pressure. And I asked her again, I was
18    like, can I do something for pain because U of M
19    Hospital sent me back with a prescription for pain
20    medication. And she told me at that time that, you
21    know, medical providers or somebody would have to look
22    at the paperwork. And I told her, you know, I need
23    something now. So, she gave me four packs of Tylenol --
24    I mean of Motrin. And I already had the bag of ice.
25    And she sent me back to the housing unit.

Page 19

1  Q. Okay. So, you didn't actually see Dr. Webster on
2     November 14, 2019, when you returned from your surgery?
3  A. No, I did not see Dr. Webster.
4  Q. Okay. Do you recall the next date that you actually --
5     that you saw Dr. Webster?
6  A. I did not see Dr. Webster until like five days after
7     the oral surgery, which was on 11-20-2019.
8  Q. Okay. Do you recall having an appointment with
9     Dr. Webster on November 18, 2019, that you didn't show
10    for?
11 A. No, I do not recall that because I had an appointment
12    with -- to see her. There's no question I would have
13    went to see her. I was in tremendous pain throughout
14    those five days. There's no way I would not have went
15    to see Dr. Webster on the 18th had I known that there
16    was a point I could see her.
17 Q. Okay. When you saw Dr. Webster on November 20, 2019,
18    just give me a rundown of what happened on that day.
19 A. Well, I complained immediately about what was happening
20    during those five days without any pain medication or
21    medical supplies. And she informed me that, you know,
22    she was aware that I had the surgery. And she told me
23    that my offsite MDOC medical documents was missing, that
24    they couldn't find it. And I asked her well, what
25    happened to them? She said, well, we don't know. We

Page 20

1  are looking for them. But I asked her, I said well why
2  didn't someone try to give me something, you know, some
3  kind of alternative, you know, to treat me in the
4  meantime. And she didn't have an answer for me.
5     So, I asked her, what are you going to do? So
6  she looked at the site. I told her I had a foul smell
7  coming from it, you know, throughout those days. And I
8  told her I wasn't able to get any sleep. I couldn't eat
9  either. I explained to her the symptoms that I was
10 having, you know, throughout the five days after
11 surgery. And she told me that health care was looking
12 for the medical detail for my prescriptions and my
13 aftercare instructions. And she said once she got them,
14 she would look them over and see what she can implement,
15 what it was supposed to be, okay?
16    So, she examined my mouth. She rinsed it out
17 with antibacterial solution or whatever. She irrigated
18 the site, and she gave me pain medication. She gave me
19 ten packs of regular Tylenol and ten packs of Motrin.
20 And she gave me gauze and antibacterial mouth rinse,
21 like some kind of gel to put on the site.
22 Q. Okay.
23 A. And I went --
24 Q. Did she specifically give you the Ibuprofen?
25 A. She gave me -- yes, she specifically gave me ten packs

Page 21

1  of Ibuprofen, which is 20 pills. And she specifically
2  gave me ten packs of Tylenol, which is 120 pills. So,
3  that's 40 pills.
4  Q. She handed it to you while you were there, while she
5     evaluated you?
6  A. After the evaluation, that's when she gave me for pain
7     because I was still complaining of pain. I was still in
8     pain at that time five days afterwards.
9  Q. Okay. But I'm asking if she actually handed you the
10    medication.
11 A. Either she did or her dental assistant did; I'm not
12    sure. I can't recall that, exactly who handed me the
13    medication. But there were always two people present,
14    Dr. Webster and her dental assistant. So, between one
15    or the other handed me the medication.
16 Q. And on any other visit when you saw Dr. Webster, did she
17    ever happened you any medications on any other time?
18 A. Yes, she did. I'm thinking it was the next day, on
19    11-20-2019. I'm thinking if I recall correctly, she
20    sent me another callout to come again for her to
21    re-evaluate my dental condition. And through our
22    consultation, she noted that the swelling had went down.
23    And, you know, she did another irrigation of the site.
24    She rinsed my mouth, and she gave me more Tylenol and
25    more Motrin.

