# *EXHIBIT 3*

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back    Location : Criminal Cases    Images    Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 09-010589-01-FC

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Appellate Attorney | Bunting, Lawrence J. | |
| Appellate Attorney | Cook, Donald R | |
| Defendant | West, Anthony Craig | Robert E. Slameka<br>*Retained*<br>(313) 961-5011(W) |
| Plaintiff | State of Michigan | Robert A. Stevens<br>(313) 224-2890(W)<br><br>Rajesh Krishna Prasad<br>(313) 226-0821(W) |

### CHARGE INFORMATION

**Charges: West, Anthony Craig** | **Statute** | **Level** | **Date**
---|---|---|---
1. Homicide - Murder First Degree - Premeditated | 750316-A | . | 04/15/2009
2. Weapons - Firearms - Possession By Felon | 750224F | . | 04/15/2009
3. Weapons Felony Firearm | 750227B-A | . | 04/15/2009
4. Homicide - Murder - Second Degree | 750317 | . | 10/05/2009
5. Habitual Offender - Third Offense Notice | 76911 | . | 10/05/2009

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

04/19/2009 | **Plea** (Judicial Officer: McDuffee, Renee R.)
  1. Homicide - Murder First Degree - Premeditated
      Defendant Stand Mute: Plea of Not Guilty Entered by Court

04/19/2009 | **Plea** (Judicial Officer: McDuffee, Renee R.)
  2. Weapons - Firearms - Possession By Felon
      Defendant Stand Mute: Plea of Not Guilty Entered by Court

04/19/2009 | **Plea** (Judicial Officer: McDuffee, Renee R.)
  3. Weapons Felony Firearm
      Defendant Stand Mute: Plea of Not Guilty Entered by Court

10/05/2009 | **Disposition** (Judicial Officer: Evans, Vonda R.)
  1. Homicide - Murder First Degree - Premeditated
      Dismissed - Plea Reduction
  2. Weapons - Firearms - Possession By Felon
      Dismissed - Plea Reduction
  3. Weapons Felony Firearm
      Pled Guilty
  4. Homicide - Murder - Second Degree
      Pled Guilty
  5. Habitual Offender - Third Offense Notice
      Pled Guilty

10/21/2009 | **Sentence** (Judicial Officer: Evans, Vonda R.)
  4. Homicide - Murder - Second Degree
      Fee Totals:
        - Crime Victims Fee - (FEL)            $60.00
        - State Minimum Cost (FEL)            $136.00
        - Restitution                         $4,348.70
        - Restitution                         $0.00
      Fee Totals $                            $4,544.70
      SGL Range (Minimum 270 Months, Maximum 675 Months)
      State Confinement:
        Agency: Michigan Department of Corrections
        Effective 10/21/2009
        Term: 20 Yr to 40 Yr

|            |                                                                                                                                                    |            |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | 5. Habitual Offender - Third Offense Notice                                                                                                        |            |
|            | Fee Totals:                                                                                                                                        |            |
|            | - Crime Victims Fee - (FEL)                                                                                                                        | $60.00     |
|            | - State Minimum Cost (FEL)                                                                                                                         | $136.00    |
|            | - Restitution                                                                                                                                      | $4,348.70  |
|            | - Restitution                                                                                                                                      | $0.00      |
|            | Fee Totals $                                                                                                                                       | $4,544.70  |
|            | SGL Range (Minimum 270 Months, Maximum 675 Months)                                                                                                 |            |
|            | State Confinement:                                                                                                                                 |            |
|            |     Agency: Michigan Department of Corrections                                                                                  |            |
|            |     Effective 10/21/2009                                                                                                        |            |
|            |     Term: 20 Yr to 40 Yr                                                                                                        |            |
| 10/21/2009 | **Sentence** (Judicial Officer: Evans, Vonda R.)                                                                                                   |            |
|            | 3. Weapons Felony Firearm                                                                                                                          |            |
|            | State Confinement:                                                                                                                                 |            |
|            |     Agency: Michigan Department of Corrections                                                                                  |            |
|            |     Effective 10/21/2009                                                                                                        |            |
|            |     Term: 2 Yr to 2 Yr                                                                                                          |            |
|            |     Credit for Time Served: 188 Days                                                                                            |            |

|            | OTHER EVENTS AND HEARINGS                                                                                                |
|------------|--------------------------------------------------------------------------------------------------------------------------|
| 04/15/2009 | **Recommendation for Warrant**                                                                                           |
| 04/18/2009 | **Recommendation for Warrant**                                                                                           |
| 04/18/2009 | **Warrant Signed**                                                                                                       |
| 04/19/2009 | **Interim Condition for West, Anthony Craig**                                                                            |
|            |   - Remand                                                                                                     |
|            |     $0.00                                                                                            |
| 04/19/2009 | **Arraignment on Warrant**  (9:00 AM) (Judicial Officer McDuffee, Renee R.)                                              |
|            | [Parties Present]                                                                                                        |
|            | Result: Defendant Stands Mute; Plea Of Not Guilty Entered By Court                                                       |
| 04/30/2009 | **Preliminary Examination**  (9:00 AM) (Judicial Officer Coleman, Donald)                                                |
|            | [Parties Present]                                                                                                        |
|            | Result: Held: Bound Over                                                                                                 |
| 04/30/2009 | **Appearances by a Retained Attorney Filed**                                                                             |
| 04/30/2009 | **Bound Over**                                                                                                           |
| 04/30/2009 | **Order For Production Of Exam Transcript Signed and Filed**                                                             |
|            |   31 pages                                                                                                     |
| 05/07/2009 | **Scheduled AOI**                                                                                                        |
| 05/07/2009 | **Arraignment On Information**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                      |
|            | [Parties Present]                                                                                                        |
|            | Result: Held                                                                                                             |
| 05/07/2009 | **Disposition Conference**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                          |
|            | [Parties Present]                                                                                                        |
|            | Result: Held                                                                                                             |
| 05/07/2009 | **Calendar Conference**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                             |
|            | [Parties Present]                                                                                                        |
|            | Result: Held                                                                                                             |
| 06/19/2009 | **Final Conference**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                                |
|            | [Parties Present]                                                                                                        |
|            | Result: Held                                                                                                             |
| 06/19/2009 | **Motion** (Judicial Officer: Hathaway, Cynthia Gray )                                                                   |
| 06/19/2009 | **Heard And Granted - Order Signed and Filed** (Judicial Officer: Hathaway, Cynthia Gray )                               |
| 08/10/2009 | **Pre-Trial**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                                       |
|            | Result: In Progress                                                                                                      |
| 08/14/2009 | **Pre-Trial**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                                       |
|            | [Parties Present]                                                                                                        |
|            | Result: In Progress                                                                                                      |
| 08/17/2009 | **Pre-Trial**  (9:00 AM) (Judicial Officer Hathaway, Cynthia Gray)                                                       |
|            | [Parties Present]                                                                                                        |
|            |     07/13/2009 Reset by Court to 08/17/2009                                                          |
|            | Result: Held                                                                                                             |
| 10/05/2009 | **Jury Trial**  (9:00 AM) (Judicial Officer Evans, Vonda R.)                                                             |
|            | [Parties Present]                                                                                                        |
|            | Result: Plea Entered and Accepted                                                                                        |
| 10/05/2009 | **Plea of Guilty Accepted** (Judicial Officer: Evans, Vonda R. )                                                         |
| 10/05/2009 | **Refer to Probation For Pre-Sentence Report** (Judicial Officer: Evans, Vonda R. )                                      |
| 10/05/2009 | **Order For DNA Sample - Signed and Filed** (Judicial Officer: Evans, Vonda R. )                                         |
| 10/05/2009 | **Case Reassigned**                                                                                                      |
| 10/21/2009 | **Sentencing**  (9:00 AM) (Judicial Officer Evans, Vonda R.)                                                             |
|            | [Parties Present]                                                                                                        |
|            |     10/21/2009 Reset by Court to 10/21/2009                                                          |
|            | Result: Sentenced                                                                                                        |
| 10/21/2009 | **Sentenced to Prison Order Signed and Filed** (Judicial Officer: Evans, Vonda R. )                                      |
| 10/21/2009 | **Order of Conviction and Sentence, Signed and Filed** (Judicial Officer: Evans, Vonda R. )                              |

| Date | Event |
|---|---|
| 11/05/2009 | Order For Production Of Sentencing Transcript |
| 11/05/2009 | Order For Production of Plea Transcript |
| 11/05/2009 | Stenographer Certificate Required |
| 11/05/2009 | Stenographer Certificate Required |
| 11/05/2009 | Stenographers Certificate Filed |
| 12/01/2009 | Notice of Transcript Filed |
| | Vol./Book 1 14 pages |
| 12/03/2009 | Notice of Transcript Filed |
| | Vol./Book 1 15 pages |
| 10/20/2010 | Motion For Relief From Judgment |
| 10/20/2010 | Filed |
| 03/18/2011 | Post Conviction (9:00 AM) (Judicial Officer Evans, Vonda R.) |
| 05/16/2011 | Order Denying Motion for Relief from Judgment - S/F (Judicial Officer: Evans, Vonda R.) |
| 11/04/2011 | Motion |
| 02/01/2012 | Attorney Removed - New Attorney Assigned |
| 03/20/2012 | Order For Production Of Transcript |
| 03/20/2012 | Stenographer Certificate Required |
| 03/26/2012 | Stenographers Certificate Filed |
| 04/19/2012 | Notice of Transcript Filed |
| | Vol./Book 4 25 pages |
| 04/20/2012 | Notice of Transcript Filed |
| | Vol./Book 1 6 pages |
| 09/27/2012 | Denied By The Court Of Appeals |
| 12/14/2012 | Transcript Filed |
| 12/05/2013 | Application For Leave To File A Delayed Appeal (Circuit) |
| 07/14/2020 | Motion For An Evidentiary Hearing |
| 07/14/2020 | Motion For Relief From Judgment |
| 07/14/2020 | Motion |
| 09/06/2022 | Motion For Relief From Judgment |
| 10/11/2022 | Case Reassigned |
| 01/17/2023 | Order Denying Motion for Relief from Judgment - S/F (Judicial Officer: Cobb, Bradley L.) |
| 03/31/2023 | CANCELED Post Conviction (9:00 AM) (Judicial Officer Cobb, Bradley L.) |
| | Case Disposed/Order Previously Entered |
| | 10/13/2020 Reset by Court to 01/18/2022 |
| | 01/18/2022 Reset by Court to 12/06/2022 |
| | 12/06/2022 Reset by Court to 03/31/2023 |
| 04/10/2023 | Heard And Denied - Order Signed and Filed (Judicial Officer: Cobb, Bradley L.) |
| 10/23/2023 | Opinion/Order Higher Court Signed and Filed (COA) |
| 04/16/2024 | Opinion/Order Higher Court Signed and Filed (SUPREME) |

**FINANCIAL INFORMATION**

Payment Links:   Criminal   Juvenile   Friend of the Court

**Defendant** West, Anthony Craig
| | |
|---|---|
| Total Financial Assessment | 4,544.70 |
| Total Payments and Credits | 196.00 |
| **Balance Due as of 08/15/2024** | **4,348.70** |

| Date | Type | Receipt | Name | Amount |
|---|---|---|---|---|
| 10/21/2009 | Transaction Assessment | | | 4,544.70 |
| 01/30/2012 | Mail Payment | Receipt # 2012-02121 | West, Anthony Craig | (138.60) |
| 05/30/2012 | Mail Payment | Receipt # 2012-12295 | West, Anthony Craig | (57.40) |
| 11/15/2017 | Transaction Assessment | | | 38.00 |